IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRUCE BEHENSKY,
D.O.C.#U15007,

    Plaintiff,

v.                                          4:23cv65–WS/MAF

RICKY D. DIXON, SECRETARY
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 20) docketed October 11, 2023. The magistrate judge recommends that Defendant's motion to dismiss (ECF No. 13) be denied. Defendant has filed objections (ECF No. 23) to the report and recommendation. Plaintiff has not responded to Defendant's objections.

Having reviewed the record in light of Defendant's objections, the undersigned finds—as did the magistrate judge—that Defendant's motion to

dismiss is due to be denied. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 20) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant's motion (ECF No. 13) to dismiss for failure to exhaust is DENIED.

3. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this ___7th___ day of ___December___, 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE